UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DRUMMOND NEIL SMITHSON,<br><br>　　　　Defendant | Criminal No.<br><br>Violation:<br><br><u>Count One</u>: Interstate Transmission of Threatening Communication<br>(18 U.S.C. § 875(c)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1.  Drummond Neil SMITHSON was a 29 year-old male located in Ayer, Massachusetts.

2.  SMITHSON was an Army veteran receiving disability benefits from the Department of Veterans Affairs.

3.  The Department of Veterans Affairs Pension Intake Center was located in Janesville, Wisconsin.

4.  Moms Demand Action is a grass roots organization with a stated mission to pass stronger gun laws and end gun violence.

5.  On or about July 19, 2020, SMITHSON mailed a communication from Ayer, Massachusetts to the Department of Veterans Affairs in Janesville, Wisconsin that read:

> "I have been incarcerated for about 5 months now and my trial is set for September 14th 2020. The US Constitution says that I have the right to bear arms, so technically I did not even commit a crime by doing so. Some dumbass Judge took my kids away so I started buying Assault Rifles after the hearing. Basically a Judge took Hostages so I started buying guns.

I'm sorry but if you take my pension there is going to be retaliation. I spent over 200 days in psychiatric hospitals to get it and I'll be damned if the government is going to just take it and walk free. Remember when that guy in Florida walked into the VA Hospital waiting room and killed himself in front of 100 people? Sure is a good thing he didn't just walk in there and start shooting.  You Know why he did it? Because someone at the VA didn't take him seriously. If you want to be that someone then go right ahead.

You take my pension and the second I get out of prison I will go to a Moms Demand Action meeting. I figure if I'm leaving I might as well take the trash on my way out right? It will be a first hand lesson on why 1 of 30 people in a room may want to carry a gun.  The Anti-gunners will all hide behind their chairs, calling 911, pleading for a guy with a gun to come and save them. Would be one hell of a big mess to clean up.  Try Me."

6.     The Department of Veterans Affairs received SMITHSON's communication on or about July 23, 2020.

<u>COUNT ONE</u>
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury charges:

7. The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 6 of this Indictment.

8. On or about July 19, 2020, in Ayer, in the District of Massachusetts, the defendant,

DRUMMOND NEIL SMITHSON,

did intentionally transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, knowing that it would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
KRISTEN M. NOTO
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 12th, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King
DEPUTY CLERK