| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:22-cr-40011 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | District of Massachusetts | |
| Drummond Neil Smithson | NAME OF SENTENCING JUDGE | |
| | Honorable Mark G. Mastroianni, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/03/2024 | TO 01/02/2027 |

**OFFENSE**
18 USC §875(c) Interstate Transmission of Threatening Communication

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Facing revocation for absconding from TSR, from our district but also from SDFL. He was picked up in the District of Florida and has agreed to accept jurisdiction of this case.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Massachusetts _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Southern District of Florida _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/22/24
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Southern _____ DISTRICT OF _____ Florida _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                                          _United States District Judge_

1